IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA         :
                                 :
v.                               :    1:14CR85-1
                                 :
HEATHER DANYELA HILL              :

The Grand Jury charges:

COUNT ONE

On or about August 24, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL knowingly and with intent to deceive did falsely represent, for the purposes of obtaining a Chase Bank credit card account, a number, to wit: 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, to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT TWO

On or about August 24, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security number, in violation of Title 42, United States Code, Section

408(a)(7)(B), as alleged in Count One and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social Security number belonging a person whose initials are M.H.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT THREE

On or about September 7, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL knowingly and with intent to deceive did falsely represent, for the purposes of obtaining a Capital One Best Buy credit card account, a number, to wit: 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, to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT FOUR

On or about September 7, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Three and incorporated by

2

reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social Security number belonging a person whose initials are K.H.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FIVE

On or about September 7, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL knowingly and with intent to deceive did falsely represent, for the purposes of obtaining a Capital One Best Buy credit card account, a number, to wit: 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, to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT SIX

On or about September 7, 2012, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Five and incorporated by

3

reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social Security number belonging a person whose initials are R.H.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT SEVEN

From on or about September 23, 2012, up to and including on or about October 5, 2013, the exact dates to the Grand Jurors unknown, in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL knowingly and with intent to defraud did traffic in, use and cause to be used one or more unauthorized access devices, that is, SunTrust Bank debit card account number 5465406201727688, that was obtained with intent to defraud, and by such trafficking and use did obtain things of value aggregating more than $1,000.00 or more during a one year period, that is, $1,819.80 of merchandise, airline tickets, cruise tickets and services from several vendors, including Carnival Cruise Lines and Southwest Airlines, which acts did affect interstate commerce; in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT EIGHT

From on or about September 23, 2012, up to and including on or about September 25, 2012, the exact dates to the Grand Jurors unknown,

4

in the County of Davidson, in the Middle District of North Carolina, HEATHER DANYELA HILL, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2), as alleged in Count Seven and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the SunTrust Bank account cumber 5465406201727688 belonging to a person whose initials are M.H.; in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

5